UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL TELLIS #727463,

    Plaintiff,

v.

M. BRAMAN, et al.,

    Defendants.

_____/

Hon. Paul L. Maloney

Case No. 1:22-cv-00731

**CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

    Darryl Tellis #727463 has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

    UNSIGNED MOTION for extension of time to file documents – ECF No. 8

    This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Darryl Tellis #727463 files a signature page (attached) within 21 days of the date of this order.

    IT IS SO ORDERED

Date:  August 31, 2022
eod

    /s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL TELLIS #727463,

    Plaintiff,

v.

M. BRAMAN, et al.,

    Defendants.

_____/

Hon. Paul L. Maloney

Case No. 1:22-cv-00731

**SIGNATURE PAGE FOR:**

UNSIGNED MOTION for extension of time to file documents – ECF No. 8

    The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.